IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

_____
                              )
PHILIP J. HIRSCHKOP,          )
                              )
          Plaintiff,          )
                              )
v.                            )   Civil Action No. 05-1043
                              )
STEVEN KENDALL,               )
                              )
          Defendant.          )
_____)

**ORDER**

   This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated January 20, 2006. The Defendant has not filed any objections to the Report and Recommendation. Based on a de novo review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge, and it is hereby

   ORDERED that default judgment is ENTERED in favor of Plaintiff.

                                            /s/
                                    _____
                                    CLAUDE M. HILTON
                                    UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 6, 2006